**MUNGER, TOLLES & OLSON, LLP**
Jonathan H. Blavin (SBN 230269)
jonathan.blavin@mto.com
Nicholas D. Fram (SBN 288293)
Nicholas.Fram@mto.com
Mica L. Moore (SBN 321473)
Mica.Moore@mto.com
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Plaintiff*
LinkedIn Corporation

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Terry L. Wit (SBN 233473)
terrywit@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6331
Facsimile: (415) 875-6700

*Attorneys for Defendants*
Mantheos Pte. Ltd., Jeremiah Tang, Yuxi Chew, and Stan Kosyakov

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND COURTHOUSE**

LinkedIn Corporation,

Plaintiff,

v.

Mantheos Pte. Ltd., Jeremiah Tang, Yuxi Chew, and Stan Kosyakov,

Defendants.

CASE NO. 4:22-cv-00651-HSG

**JOINT STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT**

Trial Date: None Set

Pursuant to Local Rule 6-1, Plaintiff LinkedIn Corporation and Defendants Mantheos Pte. Ltd., Jeremiah Tang, Yuxi Chew, and Stan Kosyakov, through their respective attorneys, stipulate and declare as follows:

WHEREAS, Plaintiff filed the Complaint on February 1, 2022;

WHEREAS, Plaintiff served the Complaint on February 3, 2022;

WHEREAS, the deadline for Defendants to respond to the Complaint is February 24, 2022;

WHEREAS, Defendants only recently have retained counsel and have initiated discussions with Plaintiff regarding a resolution to this dispute;

WHEREAS, the parties have not sought any prior extensions;

WHEREAS, the proposed extension "will not alter the date of any event or any deadline already fixed by Court order" under Local Rule 6-1(a).

NOW THEREFORE, Plaintiff and Defendants hereby agree and stipulate as follows:

1. The deadline for Defendants to respond to the Complaint is extended to March 28, 2022.

DATED: February 23, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By *<u>/s/ Terry L. Wit</u>*
Terry L. Wit
*Attorneys for Defendants*

DATED: February 23, 2022

MUNGER, TOLLES & OLSON

By *<u>/s/ Jonathan H. Blavin</u>*
Jonathan H. Blavin
*Attorneys for Plaintiff*

**ECF ATTESTATION**

I, Terry L. Wit, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-1(h)(3).

/s/ *Terry L. Wit*
Terry L. Wit