1  **MUNGER, TOLLES & OLSON, LLP**
   Jonathan H. Blavin (SBN 230269)
2  jonathan.blavin@mto.com
   Nicholas D. Fram (SBN 288293)
3  Nicholas.Fram@mto.com
   Mica L. Moore (SBN 321473)
4  Mica.Moore@mto.com
   560 Mission Street, 27th Floor
5  San Francisco, California 94105
   Telephone: (415) 512-4000
6  Facsimile: (415) 512-4077
7
   *Attorneys for Plaintiff*
8  LinkedIn Corporation

   **QUINN EMANUEL URQUHART &
   SULLIVAN, LLP**
   Terry L. Wit (SBN 233473)
   terrywit@quinnemanuel.com
   50 California Street, 22nd Floor
   San Francisco, California 94111
   Telephone: (415) 875-6331
   Facsimile: (415) 875-6700

   *Attorneys for Defendants*
   Mantheos Pte. Ltd., Jeremiah Tang, Yuxi
   Chew, and Stan Kosyakov

9

10              **UNITED STATES DISTRICT COURT**

11            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12                      **OAKLAND COURTHOUSE**

13

| | |
|---|---|
| 14  LinkedIn Corporation, | CASE NO. 4:22-cv-00651-HSG |
| 15           Plaintiff, | **JOINT STIPULATION AND ORDER ENLARGING TIME TO RESPOND TO COMPLAINT AND RESCHEDULING MAY 10, 2022 CASE MANAGEMENT CONFERENCE** (as modified) |
| 16      v. | |
| 17  Mantheos Pte. Ltd., Jeremiah Tang, Yuxi Chew, and Stan Kosyakov, | |
| 18           Defendants. | Trial Date:    None Set |

19

20

21

22

23

24

25

26

27

28

1      Pursuant to Local Rule 6-1 and 6-2, Plaintiff LinkedIn Corporation ("Plaintiff") and Defendants Mantheos Pte. Ltd., Jeremiah Tang, Yuxi Chew, and Stan Kosyakov (collectively, "Defendants"), through their respective attorneys, stipulate and declare as follows:

     WHEREAS, Plaintiff filed the Complaint on February 1, 2022 (ECF No. 1);

     WHEREAS, Plaintiff served the Complaint on February 3, 2022 (ECF No. 12);

     WHEREAS, on February 23, 2022, Plaintiff and Defendants stipulated to extend the deadline for Defendants to respond to the Complaint to March 28, 2022 (ECF No. 14);

     WHEREAS, the parties have reached a settlement that will resolve the case in its entirety;

     WHEREAS, the parties require approximately 50 additional days to comply with the terms of the settlement agreement, at which point the parties will file a stipulated judgment on consent that will resolve the action;

     WHEREAS, the proposed extension will affect the date set for the case management conference on May 10, 2022.

     NOW THEREFORE, Plaintiff and Defendants hereby agree and stipulate as follows:

1. The deadline for Defendants to respond to the Complaint is extended to May 17, 2022.
2. The case management conference set for May 10, 2022 at 2:00 PM shall be continued to May 31, 2022 at 2:00 PM, or such other time as the Court deems convenient.

DATED: March 28, 2022               QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                        By     */s/ Terry L. Wit*
                                                 Terry L. Wit
                                                 *Attorneys for Defendants*

DATED: March 28, 2022                 MUNGER, TOLLES & OLSON

By    */s/ Jonathan H. Blavin*
        Jonathan H. Blavin
        *Attorneys for Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. Defendants' deadline to respond to the complaint is extended to May 17, 2022.
2. The case management conference currently set for May 10, 2022 at 2:00 PM is continued to May 31, 2022 at 2:00 PM via telephone.

Dated: 3/29/2022            By: *[signature]*
                                       Honorable Haywood S. Gilliam, Jr.
                                       United States District Court Judge