1 JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
2 NICHOLAS D. FRAM (State Bar No. 288293)
Nicholas.Fram@mto.com
3 MICA L. MOORE (State Bar No. 321473)
Mica.Moore@mto.com
4 MUNGER, TOLLES & OLSON LLP
560 Mission Street
5 Twenty-Seventh Floor
San Francisco, California 94105-2907
6 Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for LinkedIn Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LinkedIn Corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Mantheos Pte. Ltd., Jeremiah Tang, Yuxi Chew, and Stan Kosyakov<br><br>　　　　Defendants. | Case No. 4:22-cv-00651-HSG<br><br>**[PROPOSED] FINAL JUDGMENT ON CONSENT** |

# FINAL JUDGMENT ON CONSENT

WHEREAS, on February 1, 2022, LinkedIn filed a Complaint against Defendants Mantheos Pte. Ltd., Jeremiah Tang, Yuxi Chew, and Stan Kosyakov (collectively, "Defendants") alleging that Defendants engaged in unlawful acts of breach of contract, fraud and deceit, and misappropriation and violated the Lanham Act, 15 U.S.C. § 1125(c).

WHEREAS, LinkedIn alleges that Defendants gained unauthorized access to the LinkedIn website and LinkedIn member profile data, extracted and copied data from millions of LinkedIn member profile pages using an automated process known as "scraping," and used hundreds of fake LinkedIn member accounts and prepaid debit cards under fake names to fraudulently obtain access to LinkedIn Sales Navigator;

WHEREAS, LinkedIn served Defendants with the Summons and Complaint on February 3, 2022;

WHEREAS, Defendants have not filed an answer in this matter, but deny liability for the actions alleged in the Complaint;

WHEREAS, Defendants consent to this Court's jurisdiction over them for the purposes of entry and enforcement of this Final Judgment on Consent;

WHEREAS, LinkedIn and Defendants (collectively, the "parties") have reached an agreement for resolution of the action; and

THEREFORE, Defendants consent and stipulate to judgment in favor of LinkedIn and authorize the Court to enter judgment granting relief in favor of LinkedIn as follows:

Defendants, and all of their officers, directors, agents, servants, and employees, and all persons in active concert or participation or in privity with any of them, ARE HEREBY PERMANENTLY RESTRAINED AND BARRED from:

a. Accessing or attempting to access or use LinkedIn's website, computers, computer systems, computer network, or computer programs (collectively, "LinkedIn's Servers"), and data stored therein ("LinkedIn Data"), through scraping, crawling, and/or the use of bots or other automated technologies as described in ¶¶ 51–61 of the Complaint filed in this Action, or

otherwise in violation of LinkedIn's User Agreement;

      b.     Marketing, advertising, or otherwise making any statements or representations to anyone regarding the scraping, inclusion or availability of LinkedIn member data on Defendants' website or through Defendants' services;

      c.     Circumventing any technological measure that controls access to LinkedIn's Servers;

      d.     Offering, selling, making available for sale, or otherwise copying and/or transferring (including for free) LinkedIn Data to any third party, or offering or developing any software or services that can be used by third parties to obtain LinkedIn Data from LinkedIn's Servers in automated ways.

      e.     Enrolling or attempting to enroll in subscriptions and/or trials of Sales Navigator or any other LinkedIn product by means of fraud and deceit, including but not limited to enrollment using LinkedIn accounts registered under fictitious names; or

      f.     Engaging in any activity likely to dilute the distinctiveness of LinkedIn's registered marks.

Defendants represent that they have destroyed all LinkedIn member profile data, whether stored in electronic form or otherwise, in their possession, custody, or control and have certified in writing that they have done so.

Violation of this Final Judgment on Consent shall expose Defendants and all other persons bound by this Final Judgment on Consent to all applicable penalties, including contempt of Court.

All claims and defenses in this action are hereby resolved by this Final Judgment on Consent. This Final Judgment on Consent is final and may not be appealed by any party. The Clerk shall enter this Final Judgment on Consent forthwith.

This Court shall retain continuing jurisdiction over the parties and the action for purposes of enforcing this Final Judgment on Consent.

//

DATED: May 6, 2022					MUNGER, TOLLES & OLSON LLP

							By:  /s/ Jonathan H. Blavin
							      JONATHAN H. BLAVIN
							      Attorneys for LinkedIn Corporation


							QUINN EMANUEL URQUHART & SULLIVAN, LLP
DATED: May 6, 2022

							By:  /s/ Terry L. Wit
							      TERRY L. WIT
							      Attorneys for Defendants


**<u>FINAL JUDGMENT</u>: PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: May _, 2022					HONORABLE HAYWOOD S. GILLIAM
							U.S. DISTRICT JUDGE

**ECF ATTESTATION**

I, Jonathan H. Blavin, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-1(h)(3).

                        /s/ *Jonathan H. Blavin*
                        Jonathan H. Blavin